① ATT: JUDGE ANDREW HANEN - BROWNSVILLE, TR. 9-14

TO: WHOME IT MAY CONCERN
FROM: SCOTT W. HESS - TX. INMATE # 1841004
RE: TAMPERING WITH STATE RECORDS.
      FALSIFYING STATE + FEDERAL DOCUMENTS

THESE ARE SERIOUS CRIMES OF WHICH I AM VICTIM. HERE IN I'LL DO MY BEST TO ACCURATELY REPORT THE INFORMATION FOUND IN MY "LEGAL FILE" WHICH I HAVE SENT YOU.

FROM THE VERY FIRST PAGE OF MY FILE, ORGANIZED ACCORDING TO DATE, IT IS EVEDENT THAT STATE RECORDS HAVE BEEN TAMPERED WITH. I HAVE SENT YOU MY COMPLETE FILE (COPY) SO YOU GET A COMPLETE GRASP OF THE FULL SCOPE OF THESE INJUSTICES AND THE REASON THE STATE WOULD FALSIFY RECORDS. I PRAY FOR YOUR PATIENCE IN READING THE COMPLETE FILE IN ORDER.

ON PAGE ONE - THE FIRST 3 PAGES ARE THE CASE INFORMATION. WE SEE ON PAGE ONE THAT THE STATE'S ATTORNEY IS PETER GILMAN AND THE DEFENSE COUNSEL IS LOUIS SOROLA. I BELIEVE THIS IS ACCURATE. THE CHARGE IS RATHER EMBARRASING, BUT I'M INNOCENT, I ASSURE YOU.

→

②

12-9-14

...NOW – JUMP AHEAD TO THE RESPONDANT'S MOTION TO STAY (IN MY FEDERAL CASE) DATED 12-12-13. SEE EXHIBIT 'B'. NOTICE ON PAGE 1 THE STATE'S ATTORNEYS NAME HAS BEEN CHANGED TO BRIAN ERSKINE. THE 197th DISTRICT COURT IN BROWNSVILLE IS A NICE LITTLE "KANGAROO COURT" WITH A REGULAR D.A. AND 2 REGULAR DEFENSE ATTORNEYS THAT "RAILROAD" CONTESTANT AFTER CONTESTANT IN THE MOST SHAMEFUL COURT-ROOM YOU'LL EVER SEE. BY READING THE 11.07 APPLICATION DATED "NOV. OF 2013" (WHICH I DID NOT FILE YET, THE "OUT OF TIME APPEAL") IN IT'S ENTIRETY – YOU CAN SEE WHY THE JUDGE WOULD WANT TO PROTECT HER "REGULARS" NOW THAT THE FED IS INVOLVED.

NOW – BACK TO EXHIBIT 'B' (12-12-13) THE EVENTS LISTED SHOW THE APPOINTMENT OF SANTIAGO GALARZA AS DEFENSE COUNSEL ON 7-27-12. NO WHERE IN THE "EVENTS" DO WE SEE THE APPOINTMENT OF MR. SOROLA.

TO GET A FULL APPRECIATION OF THIS MANIPULATION – PLEASE READ "MY STORY" STARTING ON THE 4th PAGE OF MY FILE. (18 PAGES) – NOW... BACK TO EXHIBIT 'B'...

③ 12-9-14

...THERE NEVER WAS ANY ARRAIGNMENT ON 8-7-12. HERE MR. GALARZA FAILED TO SHOW — COURT WAS RESCHEDULED. THESE ARE 3 FALSE ENTRIES TO THE DOCKET.

LIKEWISE, THERE WAS NO PSYCHIATRIC EVALUATION — IN COURT OR OTHERWISE (ALSO NO COMPETANCY HEARING) ON 9-4 OR 9-5, ANOTHER FALSE ENTRY.

SKIP AHEAD TOWARD THE END OF THE FILE TO A LETTER FROM THE COURT REPORTER (AN HONEST WOMAN) AND THE 3 PAGES FOLLOWING — THE "DOCKET SHEETS". NOTICE THESE FALSE ENTRIES AND WHO INITIALED THEM. IT APPEARS TO BE THE "COURT ADMINISTRATOR"... NEXT, SEE THE LETTER FROM THE COURT REPORTER DATED 10-23-14, AND MY LETTERS DATED 10-10 AND 11-12-14.

NEXT I'D LIKE TO DISCUSS THE FIRST FRAUDULENT DOCUMENTS THAT I RECIEVED FROM THE COURT... DATE 9-11-13. I GO INTO THIS IN GREAT DETAIL IN THE "ANNEX" TO MY OUT OF TIME APPEAL (THAT I NEVER FILED YET) TITLED "THE MYSTERY OF THE FRAUDULENT DOCUMENTS". I WONDER WHAT EXACTLY WAS "SCANNED" ON 9-11-13.

④  12-9-14

NOW, MAY I DISCUSS THE FALSIFIED <u>FEDERAL</u> DOCUMENTS. THE U.S. DISTRICT COURT IN BROWNSVILLE HAS BEEN "NOBLE" HERE IN THE END... "MAJISTRATE MORGAN" WITHDREW FROM MY CASE (5-2-14). ALLOW ME TO EXPLAIN...

I FILED MY "2254", SEE LETTER DATED 10-11-13. NOTICE JUDGE MORGAN IS LISTED AS THE MAJISTRATE. I <u>NEVER</u> AGREED TO HAVE MY CASE HEARD BY A MAJISTRATE. THEN NOTICE THE ORDER DATED 10-16-14 (AND THE STATE <u>STILL</u> HAS NOT SURRENDERED ANY RECORDS.) SEE THE LETTER TO MAJISTRATE MORGAN DATED 4-24-14. FOLLOW ALONG IN THIS LETTER TO THE ACCOMPANYING DOCUMENTS. MAJISTRATE MORGAN HAS COMMITTED MORE THAN ONE "FEDERAL OFFENSE". THIS IS THE FIRST CHANCE I'VE HAD TO REPORT THIS.

ALSO IN QUESTION IN THE FEDERAL RECORDS ARE THE MOTIVES OF JUDGE HILDA TAGLE AND "RAMOS" UP IN CORPUS CHRISTIE... SEE DOCUMENTS DATED 12-24-13, 1-9-14, 1-19, 1-21, 1-22, 1-30, 3-31, 4-24.   ALSO...  →

(5)

12-9-14

... IN QUESTION IS WHETHER OR NOT THE ASSISTANT ATTORNEY GENERAL JOHN MEADOR HAS BROKEN THE LAW BY FALSIFYING MUCH OF THE MOTION DATE 4-4-14. SEE MY REBUTTLE 7-29-14. THIS REALLY NEEDS TO BE TAKEN IN WITH THE CONTEXT OF THE ENTIRE FILE.

I'D LIKE TO ADD... PLEASE VIEW THE LETTER FROM THE COUNTY CLERK DATED 9-20-13... AND THE LETTER DATED 12-12-13 (EXHIBIT 'A')... WHO IS THIS CLERK?

THIS IS ALL I FEEL MUST BE REPORTED TO LAW ENFORCEMENT OFFICIALS AT THIS TIME BY ME. AGAIN, THIS IS THE FIRST CHANCE I'VE HAD TO REPORT THESE CRIMES. FAILURE TO REPORT A KNOWN CRIME IS A CRIME. PLEASE REMEMBER THAT. THANK YOU.

— RESPECTFULLY

*Scott W. Hess*



Scott Hess
#184100+
Michael Unit
2664 F.M. 2054
Tennessee Colony, TX.
75886-6105

LEGAL MAIL

1:13-cv-190
Att. Judge Andrew Hanen

U.S. District Clerks Office
David J Bradley
5401. Bob Casey
U.S. Courthouse
515 Rusk St.
Houston, TX.