United States Courts
Southern District of Texas
FILED
JUL 14 2015
David J. Bradley, Clerk of Court

7-7-15

TO: HON. JUDGE ANDREW HANEN
U.S. DISTRICT COURT - BROWNSVILLE, TX.

FROM: SCOTT HESS - TX. INMATE #1841004

RE: ITEM 'S' ON THE DOCKETT SHEET - CASE #1:13-cv-190

DEAR YOUR HONOR,
 SIR... THE ABOVE MENTIONED ITEM IS AN ORDER SIGNED BY MAGISTRATE MORGAN ON OCTOBER 6TH 2013. AS YOU CAN SEE, IT IS ACTUALLY 2 ORDERS. AN ORDER FOR THE STATE OF TEXAS TO ANSWER MY "2254" WRIT APPLICATION BY 12-16-13... AND AN ORDER TO SURRENDER ALL ORIGINAL RECORDS BY 12-16-13 AS WELL.

 YOUR HONOR THIS ORDER WAS NEVER FULFILLED. THE STATE NEVER SURRENDERED MY RECORDS! SO... MY QUESTION IS - "WHY AM I STILL ENCARCERATED? CAN YOU PLEASE ANSWER THAT FOR ME JUDGE?
 - RESPECTFULLY - Scott W Hess



Scott Hess - #184
Michael Unit
2664 F.M. 2054
Tennessee Colony, TX.
75886

Clerk,
U.S. District Court
Box 61010
Houston TX. 77208

NORTH TX P&DC
DALLAS TX 750
10 JUL 2015 PM 3 L

United States Courts
Southern District of Texas
FILED
JUL 14 2015
David J. Bradley, Clerk of Court

LEGAL
V/MAIL